■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ADAMS, Appellant. [598 NYS2d 509] —Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered October 25, 1991, convicting defendant, after jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

Viewing the evidence in the light most favorable to the People and giving them the benefit of every reasonable inference *(People v Malizia,* 62 NY2d 755, *cert denied* 469 US 932), defendant's guilt of the crime charged was proven beyond a

reasonable doubt *(People v Bleakley,* 69 NY2d 490). The jury's determinations of fact and credibility, not unreasonable, will not be disturbed by this Court *(People v Gruttola,* 43 NY2d 116).

In light of the defense summation utilizing the theme of the People's witnesses "creating a picture" of defendant as a drug seller, and related comments, the prosecutor's summation comments regarding credibility of the People's witnesses constituted appropriate response *(People v Marks,* 6 NY2d 67, *cert denied* 362 US 912).

We have reviewed defendant's additional arguments and find them to be without merit. Concur—Carro, J. P., Rosenberger, Wallach, Kupferman and Rubin, JJ.